iii.     The Court has entered the Notice Order and certified the Settlement Class, as required by ¶ 4.1 and ¶ 5.1, above;

iv.     Preliminary and final approval of this Stipulation, independent of the Court's determination of any award of attorneys' fees and expenses to the Class Action Plaintiff's Counsel;

v.     Entry of Judgment, substantially in the form and content of Exhibit A, by the U.S. District Court for the Eastern District of Missouri dismissing all Released Claims with prejudice and without costs to any party;

vi.     Judgment has become Final;

vii.     Entry of the Derivative Judgment;

viii.     The Derivative Judgment has become Final;

ix.     The Settlement Securities are issued pursuant to section 3(a)(10) of the Securities Act and do not constitute "restricted securities";

x.     Court approval of the Underwriters Agreement, including a determination that the terms and conditions of the Underwriters Agreement (including the Payment to Underwriters of Charter common stock issued pursuant to section 3(a)(10) of the Securities Act and not constituting "restricted securities") are fair to all parties, including Underwriters; and

xi.     That the Settlement is not otherwise terminated pursuant to the terms set forth in this Stipulation.

10.3     It shall not be a condition of effectiveness of this Settlement that the Court approve the Andersen Settlement.  If the Andersen Settlement is not approved, or does not become Final pursuant to its terms, the terms of the Release in the Judgment shall be modified to expressly exclude Andersen from the definition of Released Class Action Parties.

10.4     If prior to the Settlement Hearing, Persons who otherwise would be Members of the Settlement Class have filed with the Court valid and timely requests for exclusion ("Requests for Exclusion") from the Settlement Class in accordance with the provisions of the Notice Order and the Notice given pursuant thereto, and such Persons have in the aggregate Potential Claims that equal or exceed the sum specified in a separate Supplemental Agreement between the Parties (the "Supplemental Agreement"), Charter shall have the option to terminate this Stipulation in accordance with the procedures set forth in the Supplemental Agreement.  The Supplemental Agreement will not be filed with the Court unless and until a dispute among the Settling Class Action Parties concerning its interpretation or application arises, but the Settling Class Action Parties will file a statement identifying the existence of the Supplemental Agreement pursuant to Federal Rule of Civil Procedure 23(e)(1)(c)(2), and reference the Supplemental Agreement in the Notice.  Copies of all Requests for Exclusion received, together with copies of all written revocations of

Requests for Exclusion, shall be delivered to counsel for Settling Class Action Defendants within two (2) days of receipt thereof.

10.5    Unless otherwise ordered by the Court, in the event the Stipulation shall terminate, or be canceled, or shall not become effective for any reason, within ten (10) business days after written notification of such event is sent by counsel for Settling Class Action Defendants or Plaintiff's Settlement Counsel to the Escrow Agents:  (1) the Settlement Fund (including accrued interest), less expenses and any costs which have been disbursed from or are chargeable to the Settlement Fund, and less any Taxes and Tax Expenses paid or incurred pursuant to ¶ 3.7, shall be refunded by the Escrow Agents to Charter and to Charter's Insurance Carriers; (2) Charter's obligation to cause securities to be issued pursuant to ¶¶ 2.8, 2.9, 2.10, and 2.11 shall be extinguished; and (3) the undertaking to institute the Non-monetary Consideration pursuant to ¶ 2.12 shall be void *nunc pro tunc*. In such event, any tax refund owing to the Settlement Fund shall also be refunded and paid to Charter and Charter's Insurance Carriers.  At the request of Charter, the Escrow Agents or their designee shall apply for any such refund and pay the proceeds, less the cost of obtaining the tax refund, to Charter.

10.6    In the event that the Stipulation is not approved by the Court or the Settlement set forth in the Stipulation is terminated or fails to become effective in accordance with its terms, this Stipulation and all negotiations and proceedings relating hereto shall be without prejudice to any or all Settling Class Action Parties who shall be restored to their respective positions in the Class Action as of August 4, 2004.  In such event, the terms and provisions of the Stipulation, with the exception of ¶¶ 1.1-1.33, 3.2, 3.4, 3.5, 3.6, 4.2, 8.4, 8.5, 9.2, 9.3, 10.1-10.9, 11.3, 11.4, and 11.8 herein, shall have no further force and effect with respect to the Settling Class Action Parties and shall not be used in the Class Action or in any other proceeding for any purpose and any Judgment or Order entered by the Court in accordance with the terms of the Stipulation shall be treated as vacated, *nunc pro tunc*.

10.7    In the event this Stipulation shall be cancelled as set forth in ¶ 10.1 above, the Settling Class Action Parties shall, within two weeks of such cancellation, jointly request a status conference with the Court to be held on the Court's first available date.  At such status conference, the Settling Class Action Parties shall ask the Court's assistance in scheduling continued proceedings in the Class Action as between the Settling Class Action Parties. Pending such status conference or the expiration of sixty (60) days from the Settling Class Action Parties' joint request for a status conference, whichever occurs first, none of the Settling Class Action Parties shall file or serve any further motions or discovery requests on any of the other Settling Class Action Parties in connection with this Class Action nor shall any response be due by any Settling Class Action Party to any outstanding discovery or pleading by any other Settling Class Action Party.

10.8    If a case is commenced in respect to Charter or any of Charter's Insurance Carriers under Title 11 of the United States Code (Bankruptcy), or a trustee, receiver or conservator is appointed under any similar law, and in the event of the entry of a final order of a court of competent jurisdiction determining the transfer of the Settlement Cash, or any portion thereof, by or on behalf of Charter or any of Charter's Insurance Carriers to be a preference, voidable transfer, fraudulent conveyance or similar transaction, then at Class

1244965

Action Plaintiff's option, this Settlement, and the releases given and Judgment entered in favor of all Settling Defendants pursuant to this Stipulation, shall be null and void.

10.9    Neither a modification nor a reversal on appeal of (a) any Plan of Allocation, (b) any amount of attorneys' fees, costs, expenses and interest to Class Action Plaintiff's Counsel, or (c) any Compensatory Award to Class Action Plaintiff, as described in ¶ 5.1, shall constitute a condition to the Effective Date or grounds for cancellation and termination of the Stipulation.

### k.  **Miscellaneous Provisions**

11.1.    The Settling Class Action Parties (a) acknowledge that it is their intent to consummate this Settlement and Stipulation; and (b) agree to cooperate to the extent necessary to effectuate and implement all terms and conditions of the Stipulation and to exercise their best efforts to accomplish the foregoing terms and conditions of the Stipulation.

11.2.    Settling Class Action Defendants agree to reasonable cooperation with the Class Action Plaintiff in connection with any continuing litigation of the Class Action after final approval of the Settlement.  Such cooperation shall consist of (i) making witnesses within the control of Charter, subject to all applicable privileges or rights that may be asserted by such witnesses, available to testify pursuant to the Federal Rules of Civil Procedure at reasonable times and upon reasonable notice; and (ii) Charter making relevant documents available, subject to all applicable privileges, upon reasonable request and notice pursuant to the Federal Rules of Civil Procedure.

11.3.    The Settling Class Action Defendants have denied, and continue to deny, any and all allegations contained in the Class Action, and they are entering into the Settlement in order to eliminate the burden, expense, and uncertainties of further litigation.  The Settlement and the provisions contained in this Stipulation and the Memorandum of Understanding shall not be deemed, or offered or received in evidence as a presumption, a concession, or an admission of any fault, liability, or wrongdoing by any party, and except as required to enforce the Settlement, they shall not be offered or received in evidence or otherwise used by any person in these or any other actions or proceedings, whether civil, criminal, or administrative.

11.4.    No press announcement, press release, or other public statement concerning the Settlement may be made by any of the Settling Class Action Parties without approval from the other Settlement Class Action Parties, except as required by law.

11.5.    All of the Exhibits to the Stipulation are material and integral parts hereof and are fully incorporated herein by this reference.

11.6.    The Stipulation may be amended or modified, as is necessary to effect the terms of the Settlement, only by a written instrument signed by or on behalf of all Parties or their successors-in-interest.

11.7.    The Stipulation, the Exhibits attached hereto and the Supplemental Agreement constitute the entire agreement among the Parties hereto; in particular, it is

understood and agreed that there are no collateral or oral agreements between the parties that are not expressed in this Stipulation, the Exhibits or the Supplemental Agreement. The Class Action Plaintiff and the Settling Class Action Defendants expressly warrant that, in entering into this Stipulation, they relied solely upon their own knowledge and investigation, and not upon any promise, representation, warranty, or other statement by any party or any person representing any party to this Stipulation, not expressly contained in this Stipulation, its Exhibits, or the Supplemental Agreement. Except as otherwise provided herein, each party shall bear its own costs.

11.8. Class Action Plaintiff's Counsel, on behalf of the Settlement Class, is expressly authorized by the Class Action Plaintiff to take all appropriate action required or permitted to be taken by the Settlement Class pursuant to the Stipulation to effectuate its terms and also are expressly authorized to enter into any modifications or amendments to the Stipulation on behalf of the Settlement Class which they deem appropriate.

11.9. Each counsel or other Person executing the Stipulation or any of its Exhibits on behalf of any party hereto hereby warrants that such person has the full authority to do so. All orders and agreements entered during the course of the Class Action relative to the confidentiality of information shall survive this Stipulation.

11.10. The Stipulation may be executed by facsimile and in one or more counterparts. All executed counterparts and each of them shall be deemed to be one and the same instrument. Counsel for the Parties to the Stipulation shall exchange among themselves original signed counterparts and a complete set of original executed counterparts shall be filed with the Court.

11.11. The Stipulation shall be binding upon, and inure to the benefit of, the successors and assigns of the Settling Class Action Parties hereto.

11.12. The Court shall retain jurisdiction with respect to implementation and enforcement of the terms of the Stipulation, and all Parties hereto and their counsel submit to the jurisdiction of the Court for purposes of implementing and enforcing the Settlement embodied in the Stipulation.

11.13. The Stipulation and the Exhibits hereto shall be considered to have been negotiated, executed and delivered, and to be wholly performed, in the State of Missouri, and the rights and obligations of the parties to the Stipulation shall be construed and enforced in accordance with, and governed by, the laws of the State of Missouri without giving effect to that state's choice of law principles.

1244965

- 27 -

IN WITNESS WHEREOF, the parties hereto have caused the Stipulation to be executed, by their duly authorized attorneys, as of _____, 2005.

DATED:_____                  POMERANTZ HAUDEK BLOCK GROSS AND
                                    GROSSMAN LLP

                                    By:_____
                                        Stanley M. Grossman, Esq.
                                        Marc I. Gross, Esq.
                                        100 Park Avenue, 26th Floor
                                        New York, New York 10017
                                        Telephone: (212) 661-1100
                                        Facsimile: (212) 661-8665

                                        POMERANTZ HAUDEK BLOCK GROSS
                                        AND GROSSMAN LLP
                                        Patrick V. Dahlstrom, Esq.
                                        Leigh Handelman, Esq.
                                        One North LaSalle Street, Suite 2225
                                        Chicago, Illinois 60602-3908
                                        Telephone: (312) 377-1181
                                        Facsimile: (312) 377-1184

                                        Attorneys for Class Action Plaintiff
                                        StoneRidge Investment Partners LLC,
                                        Individually and On Behalf of All Others
                                        Similarly Situated

                                        LAW OFFICES OF WOLFF AND
                                        D'AGROSA
                                        Donald L. Wolff, Esq.
                                        Paul J. D'Agrosa, Esq.
                                        8019 Forsyth Street
                                        Clayton, Missouri 63105
                                        Telephone: (314) 725-8019
                                        Facsimile: (314) 277-1184

                                        Liaison Counsel for the Settlement Class

1244965

DATED:_____        IRELL & MANELLA LLP

                          By:_____
                              David Siegel, Esq.
                              David A. Schwarz, Esq.
                              1800 Avenue of the Stars, Suite 900
                              Los Angeles, California 90067-4276
                              Telephone: (310) 277-1010
                              Facsimile: (310) 203-7199

                          Attorneys for Defendants Charter
                          Communications, Inc.


DATED:_____        THOMPSON COBURN LLP


                          By:_____
                              Stephen B. Higgins, Esq.
                              Roman P. Wuller, Esq.
                              One US Bank Plaza
                              St. Louis, Missouri 63101
                              Telephone: (314) 552-6000
                              Facsimile: (314) 552-7199

                          Attorneys for Defendants Charter
                          Communications, Inc.


DATED:_____        CHARTER COMMUNICATIONS, INC.


                          By:_____
                              Curtis S. Shaw, Esq.
                              Executive Vice-President, General Counsel
                              and Secretary, Defendant Charter
                              Communications, Inc.
                              12405 Powerscourt Drive
                              St. Louis, Missouri 63131
                              Telephone: (314) 965-0555
                              Facsimile: (314) 965-8793

1244965

DATED:_____          BRYAN CAVE, LLP


                            By:_____
                               Edward L. Dowd, Jr., Esq.
                               James F. Bennett, Esq.
                               One Metropolitan Square
                               211 North Broadway
                               St. Louis, Missouri 63102-2750
                               Telephone: (314) 259-2000
                               Facsimile: (314) 259-2020

                            Attorneys for Defendant Carl E. Vogel


DATED:_____          DORSEY & WHITNEY, LLP


                            By:_____
                               Peter S. Ehrlichman, Esq.
                               1420 Fifth Avenue
                               Suite 3400
                               Seattle, Washington 98101
                               Telephone: (206) 903-8825
                               Facsimile: (206) 903-8820

                            Attorneys for Defendant Paul G. Allen


DATED:_____          FOSTER PEPPER & SHEFELMAN PLLC


                            By:_____
                               Timothy J. Filer, Esq.
                               1111 Third Avenue
                               Suite 3400
                               Seattle, Washington 98101
                               Telephone: (206) 447-4400
                               Facsimile: (206) 447-9700

                            Attorneys for Defendant Paul G. Allen


1244965

DATED:_____                    PAUL, HASTINGS, JANOFSKY & WALKER LLP


By:_____
    Grace A. Carter, Esq.
    John A. Reding, Esq.
    55 Second Street
    24th Floor
    San Francisco, California 94105
    Telephone: (415) 856-7000
    Facsimile: (415) 856-7100

Attorneys for Defendant Jerald L. Kent


DATED:_____                    CAPES SOKOL GOODMAN & SARACHAN


By:_____
    David V. Capes, Esq.
    S. Todd Hamby, Esq.
    7701 Forsyth Boulevard
    Suite 400
    Clayton, Missouri 63105
    Telephone: (314) 721-7701
    Facsimile: (314) 721-0554

Attorneys for Defendants Chris Fenger and Bill
Shreffler

1244965

DATED:_____          SNELL & WILMER

                            By:_____
                                John Roche, Esq.
                                1200 17th Street
                                Suite 1900
                                Denver, Colorado 80202
                                Telephone: (303) 634-2000
                                Facsimile: (303) 634-2020

                            Attorneys for Defendant James H. Smith, III


DATED:_____          GREENSFELDER, HEMKER & GALE, P.C.

                            By:_____
                                Jeffrey T. Demerath, Esq.
                                2000 Equitable Building
                                10 South Broadway
                                St. Louis, Missouri  63102
                                Telephone: (314) 241-9090
                                Facsimile: (314) 241-8624

                            Attorneys for Defendant David G. Barford

DATED:_____          HAAR & WOODS, LLP

                            By:_____
                                Robert T. Haar, Esq.
                                1010 Market Street, Suite 1620
                                St. Louis, Missouri  63101
                                Telephone:  (314) 241-2224
                                Facsimile:  (314) 241-2227

                            Attorneys for Defendant Kent D. Kalkwarf


1244965

DATED:_____          BURROUGHS, HEPLER, BROOM, MACDONALD,
                           HEBRANK & TRUE


                                   By:_____
                                       Theodore J. MacDonald, Jr., Esq.
                                       103 W. Vandalia Street, Suite 300
                                       Edwardsville, Illinois  62025-0510
                                       Telephone: (618) 656-0184
                                       Facsimile: (618) 656-1364

                                       Attorneys for Defendant Paul E. Martin

DATED:                     SENNIGER, POWERS, LEAVITT & ROEDEL


                                   By:_____
                                       David H. Harlan, Esq.
                                       One Metropolitan Square, 16th Floor
                                       St. Louis, Missouri  63102
                                       Telephone:  (314) 231-5400
                                       Facsimile:  (314) 231-4342

                                       Attorneys for Defendant David L. McCall

1244965

IN WITNESS WHEREOF, the parties hereto have caused the Stipulation to be executed, by their duly authorized attorneys, as of January 24, 2005.

DATED: 2/1/05

POMERANTZ HAUDEK BLOCK GROSS AND GROSSMAN LLP

By:

Stanley M. Grossman, Esq.
Marc I. Gross, Esq.
100 Park Avenue, 26th Floor
New York, New York 10017
Telephone: (212) 661-1100
Facsimile: (212) 661-8665

POMERANTZ HAUDEK BLOCK GROSS AND GROSSMAN LLP
Patrick V. Dahlstrom, Esq.
Leigh Handelman, Esq.
One North LaSalle Street, Suite 2225
Chicago, Illinois 60602-3908
Telephone: (312) 377-1181
Facsimile: (312) 377-1184

Attorneys for Class Action Plaintiff
StoneRidge Investment Partners LLC,
Individually and On Behalf of All Others
Similarly Situated

LAW OFFICES OF WOLFF AND D'AGROSA
Donald L. Wolff, Esq.
Paul J. D'Agrosa, Esq.
8019 Forsyth Street
Clayton, Missouri 63105
Telephone: (314) 725-8019
Facsimile: (314) 277-1184

Liaison Counsel for the Settlement Class

1244965

DATED:_____            IRELL & MANELLA LLP

                                By:_____
                                    David Siegel, Esq.
                                    David A. Schwarz, Esq.
                                    1800 Avenue of the Stars, Suite 900
                                    Los Angeles, California 90067-4276
                                    Telephone: (310) 277-1010
                                    Facsimile: (310) 203-7199

                                Attorneys for Defendants Charter
                                Communications, Inc.


DATED:_____            THOMPSON COBURN LLP


                                By:_____
                                    Stephen B. Higgins, Esq.
                                    Roman P. Wuller, Esq.
                                    One US Bank Plaza
                                    St. Louis, Missouri 63101
                                    Telephone: (314) 552-6000
                                    Facsimile: (314) 552-7199

                                Attorneys for Defendants Charter
                                Communications, Inc.


DATED:_____            CHARTER COMMUNICATIONS, INC.


                                By:_____
                                    Curtis S. Shaw, Esq.
                                    Executive Vice-President, General Counsel
                                    and Secretary, Defendant Charter
                                    Communications, Inc.
                                    12405 Powerscourt Drive
                                    St. Louis, Missouri 63131
                                    Telephone: (314) 965-0555
                                    Facsimile: (314) 965-8793

1244965

DATED:_____         IRELL & MANELLA LLP


By:_____
David Siegel, Esq.
David A. Schwarz, Esq.
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Attorneys for Defendants Charter
Communications, Inc.


DATED: _2/1/05_          THOMPSON COBURN LLP


By: _Roman P. Wuller_____
Stephen B. Higgins, Esq.
Roman P. Wuller, Esq.
One US Bank Plaza
St. Louis, Missouri 63101
Telephone: (314) 552-6000
Facsimile: (314) 552-7199

Attorneys for Defendants Charter
Communications, Inc.


DATED:_____         CHARTER COMMUNICATIONS, INC.


By:_____
Curtis S. Shaw, Esq.
Executive Vice-President, General Counsel
and Secretary, Defendant Charter
Communications, Inc.
12405 Powerscourt Drive
St. Louis, Missouri 63131
Telephone: (314) 965-0555
Facsimile: (314) 965-8793

1244965

DATED:_____        IRELL & MANELLA LLP

By:_____

    David Siegel, Esq.
    David A. Schwarz, Esq.
    1800 Avenue of the Stars, Suite 900
    Los Angeles, California 90067-4276
    Telephone: (310) 277-1010
    Facsimile: (310) 203-7199

    Attorneys for Defendants Charter
    Communications, Inc.

DATED:_____        THOMPSON COBURN LLP

By:_____

    Stephen B. Higgins, Esq.
    Roman P. Wuller, Esq.
    One US Bank Plaza
    St. Louis, Missouri 63101
    Telephone: (314) 552-6000
    Facsimile: (314) 552-7199

    Attorneys for Defendants Charter
    Communications, Inc.

DATED: 2/1/05        CHARTER COMMUNICATIONS, INC.

By: _____ , for :

    Curtis S. Shaw, Esq.
    Executive Vice-President, General Counsel
    and Secretary, Defendant Charter
    Communications, Inc.
    12405 Powerscourt Drive
    St. Louis, Missouri 63131
    Telephone: (314) 965-0555
    Facsimile: (314) 965-8793

1244965

DATED: 2/1/05

BRYAN CAVE, LLP

By: _James F. Bennett_

Edward L. Dowd, Jr., Esq.
James F. Bennett, Esq.
One Metropolitan Square
211 North Broadway
St. Louis, Missouri 63102-2750
Telephone: (314) 259-2000
Facsimile: (314) 259-2020

Attorneys for Defendant Carl E. Vogel


DATED:_____

DORSEY & WHITNEY, LLP


By:_____

Peter S. Ehrlichman, Esq.
1420 Fifth Avenue
Suite 3400
Seattle, Washington 98101
Telephone: (206) 903-8825
Facsimile: (206) 903-8820

Attorneys for Defendant Paul G. Allen


DATED:_____

FOSTER PEPPER & SHEFELMAN PLLC


By:_____

Timothy J. Filer, Esq.
1111 Third Avenue
Suite 3400
Seattle, Washington 98101
Telephone: (206) 447-4400
Facsimile: (206) 447-9700

Attorneys for Defendant Paul G. Allen


1244965

DATED:_____              BRYAN CAVE, LLP


                               By:_____
                                     Edward L. Dowd, Jr., Esq.
                                     James F. Bennett, Esq.
                                     One Metropolitan Square
                                     211 North Broadway
                                     St. Louis, Missouri 63102-2750
                                     Telephone: (314) 259-2000
                                     Facsimile: (314) 259-2020


                                  Attorneys for Defendant Carl E. Vogel


DATED: 2/1/05                  DORSEY & WHITNEY, LLP

                               By:_____ for_____
                                  Peter S. Ehrlichman, Esq.
                                  1420 Fifth Avenue
                                  Suite 3400
                                  Seattle, Washington 98101
                                  Telephone: (206) 903-8825
                                  Facsimile: (206) 903-8820


                                  Attorneys for Defendant Paul G. Allen


DATED: 2/1/05                  FOSTER PEPPER & SHEFELMAN PLLC

                               By:_____
                                  Timothy J. Filer, Esq.
                                  1111 Third Avenue
                                  Suite 3400
                                  Seattle, Washington 98101
                                  Telephone: (206) 447-4400
                                  Facsimile: (206) 447-9700


                                  Attorneys for Defendant Paul G. Allen


1244965

- 30 -

DATED: February 1, 2005   PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _____

Grace A. Carter, Esq.
John A. Reding, Esq.
55 Second Street
24th Floor
San Francisco, California 94105
Telephone: (415) 856-7000
Facsimile: (415) 856-7100

Attorneys for Defendant Jerald L. Kent

DATED:_____          CAPES SOKOL GOODMAN & SARACHAN

By:_____

David V. Capes, Esq.
S. Todd Hamby, Esq.
7701 Forsyth Boulevard
Suite 400
Clayton, Missouri 63105
Telephone: (314) 721-7701
Facsimile: (314) 721-0554

Attorneys for Defendants Chris Fenger and Bill
Shreffler

1244965

- 31 -

DATED:_____          PAUL, HASTINGS, JANOFSKY & WALKER LLP

                           By:_____
                                Grace A. Carter, Esq.
                                John A. Reding, Esq.
                                55 Second Street
                                24th Floor
                                San Francisco, California 94105
                                Telephone: (415) 856-7000
                                Facsimile: (415) 856-7100

                           Attorneys for Defendant Jerald L. Kent

DATED:___1|26|05           CAPES SOKOL GOODMAN & SARACHAN

                           By:_____
                                David V. Capes, Esq.
                                S. Todd Hamby, Esq.
                                7701 Forsyth Boulevard
                                Suite 400
                                Clayton, Missouri 63105
                                Telephone: (314) 721-7701
                                Facsimile: (314) 721-0554

                           Attorneys for Defendants Chris Fenger and Bill
                           Shreffler

1244965

- 31 -

DATED:_____          SNELL & WILMER

                           By: _John Roche_____
                               John Roche, Esq.
                               1200 17th Street
                               Suite 1900
                               Denver, Colorado 80202
                               Telephone: (303) 634-2000
                               Facsimile: (303) 634-2020

                           Attorneys for Defendant James H. Smith, III

DATED:_____          GREENSFELDER, HEMKER & GALE, P.C.

                           By:_____
                               Jeffrey T. Demerath, Esq.
                               2000 Equitable Building
                               10 South Broadway
                               St. Louis, Missouri 63102
                               Telephone: (314) 241-9090
                               Facsimile: (314) 241-8624

                           Attorneys for Defendant David G. Barford

DATED:_____          HAAR & WOODS, LLP

                           By:_____
                               Robert T. Haar, Esq.
                               1010 Market Street, Suite 1620
                               St. Louis, Missouri 63101
                               Telephone: (314) 241-2224
                               Facsimile: (314) 241-2227

                           Attorneys for Defendant Kent D. Kalkwarf

1244965

- 32 -

DATED:_____          SNELL & WILMER

                            By:_____
                                John Roche, Esq.
                                1200 17th Street
                                Suite 1900
                                Denver, Colorado 80202
                                Telephone: (303) 634-2000
                                Facsimile: (303) 634-2020

                              Attorneys for Defendant James H. Smith, III

DATED: 1/27/05          GREENSFELDER, HEMKER & GALE, P.C.

                            By:_____
                                Jeffrey T. Demerath, Esq.
                                2000 Equitable Building
                                10 South Broadway
                                St. Louis, Missouri 63102
                                Telephone: (314) 241-9090
                                Facsimile: (314) 241-8624

                              Attorneys for Defendant David G. Barford

DATED:_____          HAAR & WOODS, LLP

                            By:_____
                                Robert T. Haar, Esq.
                                1010 Market Street, Suite 1620
                                St. Louis, Missouri 63101
                                Telephone: (314) 241-2224
                                Facsimile: (314) 241-2227

                              Attorneys for Defendant Kent D. Kalkwarf

1244965

DATED:_____            SNELL & WILMER

                             By:_____
                                 John Roche, Esq.
                                 1200 17th Street
                                 Suite 1900
                                 Denver, Colorado 80202
                                 Telephone: (303) 634-2000
                                 Facsimile: (303) 634-2020

                             Attorneys for Defendant James H. Smith, III


DATED:_____            GREENSFELDER, HEMKER & GALE, P.C.


                             By:_____
                                 Jeffrey T. Demerath, Esq.
                                 2000 Equitable Building
                                 10 South Broadway
                                 St. Louis, Missouri  63102
                                 Telephone: (314) 241-9090
                                 Facsimile: (314) 241-8624

                             Attorneys for Defendant David G. Barford


DATED: _2/1/05_              HAAR & WOODS, LLP

                             By:_____John T. Haar_____
                                 Robert T. Haar, Esq.
                                 1010 Market Street, Suite 1620
                                 St. Louis, Missouri  63101
                                 Telephone:  (314) 241-2224
                                 Facsimile:  (314) 241-2227

                             Attorneys for Defendant Kent D. Kalkwarf


1244965
                                    - 32 -

DATED: 1/ $ 8/0$        BURROUGHS, HEPLER, BROOM, MACDONALD,
                        HEBRANK & TRUE


                        By:_____
                            Theodore J. MacDonald, Jr., Esq.
                            103 W. Vandalia Street, Suite 300
                            Edwardsville, Illinois  62025-0510
                            Telephone: (618) 656-0184
                            Facsimile: (618) 656-1364

                        Attorneys for Defendant Paul E. Martin


DATED:                  SENNIGER, POWERS, LEAVITT & ROEDEL


                        By:_____
                            David H. Harlan, Esq.
                            One Metropolitan Square, 16th Floor
                            St. Louis, Missouri  63102
                            Telephone:  (314) 231-5400
                            Facsimile:  (314) 231-4342

                        Attorneys for Defendant David L. McCall


1244965

- 33 -

DATED:_____          BURROUGHS, HEPLER, BROOM, MACDONALD,
                           HEBRANK & TRUE


                           By:_____
                              Theodore J. MacDonald, Jr., Esq.
                              103 W. Vandalia Street, Suite 300
                              Edwardsville, Illinois  62025-0510
                              Telephone: (618) 656-0184
                              Facsimile: (618) 656-1364

                           Attorneys for Defendant Paul E. Martin

DATED:                     SENNIGER, POWERS, LEAVITT & ROEDEL

                           By:_____
                              David W. Harlan, Esq.
                              One Metropolitan Square, 16th Floor
                              St. Louis, Missouri  63102
                              Telephone:  (314) 231-5400
                              Facsimile:  (314) 231-4342

                           Attorneys for Defendant David L. McCall

1244965